391 A.2d 684

Commonwealth v. Holton, Appellant.

604

Submitted March 13, 1978. Robert N. Tarman, First Assistant Public Defender, for appellant; Jane G. Penny, Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.